

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **10-52626-D-7**

**EMMANUEL F. VEGA**
**CARMEN C. VEGA**

DC NO. **JRR-2**

DATE: **JULY 6, 2011**
TIME: **10:00 A.M.**
COURTROOM: **34**

Debtor(s).
_____/

### TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY

The Motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtors

2. That movant has, as such Trustee, possession of the following asset belonging to the debtors' estate:

**VACANT LAND - 2.07 ACRES AT 92nd St W and Ave D-4, known as Antelope Acres in the County of Los Angeles, State of California APN: 3264-005-005**

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The Trustee has received an offer from VELUR PROPERTIES LLC, no relationship to the debtor, for the sum of $15,000.00, cash as evidenced by the Vacant

1

Land Purchase Agreement and Joint Escrow Instructions attached to the Exhibits and marked as **Exhibit "A"**.

5. Any costs to be paid will be paid as agreed upon in the attached offer.

6. An escrow has been opened at Velur Enterprises Inc., escrow number V-19492 and a $250.00 deposit has been placed with said title company.

7. There are no deeds of trust recorded against the property. Trustee has reviewed the Preliminary Title Report and has accounted for all recorded liens. A copy of the Preliminary Title Report is attached to the Exhibits as Exhibit "B".

8. Real property taxes, utility liens and homeowner's association liens will be paid from the escrow, as applicable, along with real estate commissions and the usual and customary escrow and title fees. The bankruptcy estate will net approximately $11,020.30. A copy of the estimated closing statement is attached to the exhibits as Exhibit "C".

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the real property as described herein.

DATED: May 24, 2011

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919

2